IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02273-PAB

TAMMY HENDERSON,
WILLIAM BOMAR, and
TRAVIS RODE,

    Plaintiffs,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY and
MONUMENTAL LIFE INSURANCE COMPANY,

    Defendants.
_____

**ORDER OF RECUSAL**
_____

    This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendant Hartford Life & Accident Insurance Company.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED September 29, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge