IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02273-MSK-KLM

TAMMY HENDERSON,
WILLIAM BOMAR, and
TRAVIS RODE,

      Plaintiffs,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, and
MONUMENTAL LIFE INSURANCE COMPANY,

      Defendants.

_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

      This matter is before the Court on Defendants' **Unopposed Motion for Leave to Amend Answer to Plaintiffs' Complaint and Jury Demand** [Docket No. 20; Filed January 6, 2010] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk is directed to file Defendants' Amended Answer to Complaint and Jury Demand, attached as Attachment #3 to the Motion.

Dated:  January 7, 2010