IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-02273-MSK-KLM

TAMMY HENDERSON;
WILLIAM BOMAR; and
TRAVIS RODE,

        Plaintiffs,

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,

        Defendant.

___

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT MONUMENTAL LIFE INSURANCE COMPANY WITH PREJUDICE**

___

THIS MATTER is before the Court on the Unopposed Motion for Partial Case Dismissal **(#24)** filed January 7, 2010.  The Court having read the Motion filed herein, and now being fully advised in the premises,

IT IS ORDERED that the Motion is granted and all claims asserted against Defendant Monumental Life Insurance Company are hereby dismissed, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 7th day of January, 2010.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*
                          Marcia S. Krieger
                          United States District Judge